UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

*John Hamlett #08A0598*

_____

_____

(IN THE SPACE ABOVE ENTER THE FULL NAME(S) OF THE PLAINTIFF(S).)

v.

Defendant No. 1 *Taj K. Everly, (c.o.)*

_____

Defendant No. 2 *Christopher J. Dillon, (c.o.)*

Defendant No. 3 *Gary J. Perrotta, Jr, (c.o.)*

Defendant No. 4 *Antonio M. Alban, (c.o.)*

Defendant No. 5 *Thomas A. Germano, Jr, (c.o.)*

Complaint

under the

Civil Rights Act, 42 U.S.C 1983

Jury Trial: Yes ✓ No ____

(check one)

(In the space above, enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write, "see attached," in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part 1. No addresses should be included here.)

DEF#6. Richard T. Flanagan,
(c.o.)

DEF#7. Michel Blot, Jr.
(Sgt.)

DEF#8. Michael D. Funk,
(Sgt.)

DEF#9. Donald Venettozzi,
(Dir. Special housing)

DEF#10. Marilyn Kopp,
(D.S.P. / Hearing Officer)

DEF#11. D. Heitz,
(RN)

DEF#12. Edwin Uzu,
(Clinic Phy. 2)

DEF#13. Mr. Johanamann,
(Sgt.)

Parties in this complaint:

List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary:

Plaintiff:  Name John Hamlett

ID # 08A0598

Current Institution Green Haven Corr. Fac.

Address 594 Route 216,

Stormville, N.Y. 12582

List all defendants' names, positions, places of employment, and the address where each defendant may be served/ Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Taj K. Everly          Shield # Unknown

Where Currently Employed Green Haven Corr. Fac.

Address 594 Route 216

Stormville, N.Y. 12582

Defendant No. 2   Name Christopher T. Dillon   Shield # Unknown

Where Currently Employed Green Haven Corr. Fac.

Address 594 Route 216

Stormville, N.Y. 12582

Defendant No. 3   Name Gary J. Perrotta        Shield # Unknown

Where Currently Employed Green Haven Corr. Fac.

Address 594 Route 216

Stormville, N.Y. 12582

DEF #4. Name: _Antonio M. Alban_-Shield # _unknown_
Where Currently Employed: _Green Haven Corr. Fac_
Address: _594 Route 216_
_Stormville, N.Y. 12582_

DEF #5. Name: _Thomas A. Germano, Jr_ - Shield # _unknown_
Where Currently Employed: _Green Haven Corr. Fac_
Address: _594 Route 216_
_Stormville, N.Y. 12582_

DEF #6. Name: _Richard T. Flanggan_ - Shield # _unknown_
Where Currently Employed: _Green Haven Corr. Fac._
Address: _594 Route 216_
_Stormville, N.Y. 12582_

DEF #7. Name: _Michel Blot, Jr._ - Shield # _unknown_
Where Currently Employed: _Green Haven Corr. Fac_
Address: _594 Route 216_
_Stormville, N.Y. 12582_

DEF #8. Name: _Michael D. Funk_ - Shield # _unknown_
Where Currently Employed: _Green Haven Corr. Fac._
Address: _594 Route 216_
_Stormville, N.Y. 12582_

DEF #9. Name: <u>Donald Venettozzi</u> - Shield # <u>unknown</u>
Where Currently Employed: <u>D.O.C.C.S.</u>
Address: <u>1220 Washington Ave Bldg. #2</u>
<u>Albany, N.Y. 12226</u>

DEF #10. Name: <u>Marilyn Kopp</u> — Shield # <u>unknown</u>
Where Currently Employed: <u>Green Haven Corr. Fac.</u>
Address: <u>594 Route 216</u>
<u>Stormville, N.Y. 12582</u>

DEF # 11. Name: <u>D. Heitz</u> — Shield # <u>unknown</u>
Where Currently Employed: <u>Green Haven Corr. Fac.</u>
Address: <u>594 Route 216</u>
<u>Stormville, N.Y. 12582</u>

DEF #12. Name: <u>Edwin Uzu</u> — Shield # <u>unknown</u>
Where Currently Employed: <u>Green Haven Corr. Fac.</u>
Address: <u>594 Route 216</u>
<u>Stormville, N.Y. 12582</u>

Defendant No.13.   Name __MR. Johannamann__ Shield # Unknown

Where Currently Employed __Green Haven Corr. Fac.__

Address __594 Route 216__

__Stormville, N.Y. 12582__

Defendant No.14   Name __N/A__ Shield # _____

Where Currently Employed _____

Address _____

_____

Statement of claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates, and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

In what institution did the events giving rise to your claim(s) occur? __Green Haven__

__Correctional Facility.__

Where in the institution did the events giving rise to your claim(s) occur __While housed__

__in H-Block And in the facilitys Special housing Unit.__

What date and approximate time did the events giving rise to your claim(s) occur? __August__

__7, 2018, Approx 7:45pm; Aug. 14 And 15, Approx 5:00pm-7:30pm; Aug 20, Approx.__

__5:00pm; Aug. 21, 2018, Approx. 7:45pm; Sept. 7, 2018, Approx.__

__8:00am-4:00pm; October 5, 2018; And November,13 2018; And__

__April, 11 2019__

_____

_____

Facts: 1) On August 7, 2018, I put down (requested)

to be put down for, "chow," "Yard," and "Commissary,"

with Correction Officer Danielle Germano.

2) Ms. D. Germano, refused to put me down

for both commissary and yard, stating that I would have

to choose, which wasn't and isn't the rules.

3) When it was time to let me out for

recreation, Officer Taj K. Everly (Def #1), refused to let

me out, stating I complain too much.

4) I filed 3 grievances with (I.G.R.C.)

Inmate Grievance Resolution Committee because of said

Denial.

5) On August 14, 2018, I was called to the Sergeants Office in the F and G Area to answer about the grievances.

6) Sergeant Michel Blot, Jr., (DEF#4) questioned me and was informed of the entire situation. (Please note: Sgt. M. Blot is said to be related to DEF#1)

7) On the same Day I was let out to recreation and pulled over by DEF#1, Taj K. Everly, until everyone was let out to the yard then released to go out.

8) This tactic was to deny me to get a phone in the yard because there is only a certain amount of groups that is called (5) because of time.

9) When I returned from the yard, I noticed items missing from my cell, which other inmates saw DEF#1, Taj K. Everly with.

10) August 15, 2018, After coming back from evening meal, I noticed my cell broom missing and items from my locker Knocked Down. When I inquired, I was told by various inmates that DEF#1, Officer Everly was on the gallery and some saw him with my broom.

11) When the yard was let out, my cell didn't open until after everyone else was downstairs from my gallery.

12) When in the yard, I informed Sergeant Johannmann, (DEF#13) about the missing items and the harassment from C.O. Everly, (DEF#1) and he stated, "What you want me to do?!"

13) Sergeant Blot, (DEF#7) who questioned me about the grievances came through the yard and I informed him of what was taking place; nothing happened, after he went into the block and did nothing.

14) When I returned from the yard, C.O. Everly was enboldened moreso. After everyone else cell was opened to lock in, he refused to open mine.

15) He stated, "When I get ready," when I asked for my cell to be opened. He came on the gallery to "secure" the other inmates and he said, "I control you." "I own you." "You belong to me." Finally, he let me in my cell And Noticed some other item missing from my cell.

16) I wrote to then, First Deputy Superintendent, Melecio, requesting to speak with him About a security matter of importance, on Aug. 15, 2018.

17) I further wrote to Mr. Oliver, Deputy Chief Investigator for O.S.I, About the matter on August 15, 2018. I notified the Superintendent on Aug 20.

18) On August 20, 2018, coming from evening meal, I noticed someone had been in my cell. For I had put a thread across my door at the bottom of my cell (white) and it had be popped.

19) I informed the escorting officer Ms. Mason and requested that she have the area Sergeant called because I was told that (DEF#1) C.O. Everly was going to set me up. I waited off the gallery and didn't go in my cell.

20) C.O. Everly (DEF#1) came back upstairs with C.O. Mason saying that the Sergeant was being called once I go into my cell.

21) Reluctantly, I complied and noticed that my razor was not in my locker. No Sergeant was ever called, and I was told by inmates that C.O. Everly had the razor.

22) When yard was let out, I was pulled over again by C.O. Everly (Def#1) until everyone else was outside. When finally let out, I informed Sergeant Funk (Def#8) that C.O. Everly took my razor from my cell, (note: If a inmate doesn't have his razor every Saturday, he will be keep-locked, or sent to SHU) and he has been going into my cell taking my property prior. I also informed the Sergeant that I was told by inmates, that C.O. Everly was planning on setting me up with a weapon. I was told, he'll take care of it.

23) On August 21, 2018, I was let out last

for recreation again. C.O. Everly pulled me over again,

and told me to place my hands on the wall after I

take everything out of my pockets. I complied.

24) C.O. Dillon (Def#2), C.O. Perrotta, Jr. (Def#3),

C.O. Alban (Def#4), WERE present. C.O. T. Germano, was

coming down the stairs.

25) While my hands were on the wall, feet

spread, preparing to get searched, C.O. Everly (Def#1)

smashed my head/face against the concret wall

under the stairs in H-Block. I was Knocked

unconscious.

26) According to witnesses of the event, who were looking through the yard door window and the 4 company gallery window from the yard, I WAS brutally beaten, maced, kicked, punched, Gang Assaulted by, C.O. Everly (Def#1), C.O. Dillon (Def#2), C.O. Perrotta Jr. (Def#3), C.O. Alban (Def#4), C.O. T. Germano (Def#5), as well as hit with sticks by the same plus C.O. Flanagan (Def#6), when he responded to the Alarm, All while I WAS not conscious, and or in and out of consciousness.

27) I was dragged down the hall while cuffed. Taken to not the hospital but the S.H.U. Area, by none other than Sergeant Blot(Def#) and Flanagan (C.O.-Def#6).

28) I was seen by D. Heitz, RN, who failed to provide me Adequate medical care when she saw that I was suffering from a concussion, dazed, and failing to note All my injuries. Instead I was placed in a cell not A hospital, while in pain and confused.

29) Doctor Uzu also failed to note and treat my injuries, including dental cuts/pain.

29) I was given a tier 3 disciplinary hearing from a false report by C.O. Everly, endorsed by C.O. Dillon, and Alban of, Assault on Staff (100.11), threats (102.10), Direct Order (106.10) Harrassment (107.11), creating a disturbance (104.13), And frisk Procedure (115.10), date 8-21-18.

30) Defendant Kopp, was the hearing Officer, and found me guilty of all charges while violating my rights to a fair, impartial hearing, Denying me witnesses that had relavant testmony to testify in my behalf.

31) Denying my right to have witnesses

who did testify, to testify to claims of my

defense of retaliation which they saw first hand.

31) Failing to Ascertain the reason for

one witness refusal After it was told to

her by Another witness that officers were

using intimidation tactics for people who wanted

to testify.

32) Being denied my right to Assistance.

33) Being denied my right to documentary

evidence And to put relevant document into the

record to substantiate my retaliation claim.

34) By the hearing Officer questioning witnesses

( O.S. I investigator), off the record and out of my presence.

35) By the hearing officer playing the role of investigator and hearing officer, questioning witnesses off the record and out of my presence.

36) Defendant Venettozzi, violated my rights when he affirmed Defendants Kopp guilty verdict. He Further, violated my right to reverse and expunge said disciplinary action even after C.O. Taj. K. Everly assaulted someone else after me and with the knowledge of a prior assault by the same officer a

month before.

37) Defendants Everly, Dillon, Perotta, Alban, Germano, and Flanagan Gang Assaulted me with no justification in Retaliation for filing grievances against Defendant Everly and Defendant Germano's sister Danielle Germano.

38) Sergeants' Blot, Funk, and Johanaman, Failed to Supervise and protect me from harm when they were informed of the progressive violations of Defendant Everly's actions and rumor of threat to my well being, stealing my property. Said Assualt was foreseeable And could/should

have been prevented.

39) Doctor Uzu and Nurse Heitz failed to give me normal medical care by failing to document all my injuries and failure to send me to the hospital and/or clinic when I was suffering from a concussion. As well as to treat my pain of cuts in my mouth by denying me Emergency Dental care, as well as other pains.

40) Defendants Venettozzi and Kopp violated my rights by finding me guilty of, and affirming said guilty finding from a False

report that was written in retetration,
Failing to provide Assistance, present documents,
witnesses to testify to relavent questions,
not Ascertaining why a witness "refused" to
testify with no witness signature or reason
given. By talking off record to witnesses.
By playing the role of Investigator and
hearing officer. By failing to provide me
with documents request thats relavant
to my defense and prove my innocence.

41) Defendant Everly, Dillon, Alban,
violated my rights by writing a false report

against me in retaliation for filing a grievance against C.O. Everly and D. Germano, to which I was given 45 DAYS SHU, 45 DAY loss of Phone, 45 DAYS loss of package, and 45 DAYS loss of commissary. I was Also told I had to do A.R.T. program over again.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I suffered from a concussion, Memory loss (temporarily), Swelling of the Jaw/facial Area (right side), Left side rib Area/kidney Area. Scatches on my back. Lump on the back of my head. Swelling in my Left pinky. Migraines. Shortness of breath.

The only treatment I received was to be put under cold water to wash the Mace from me. Medication for my Jaw/face, and later Dental.

Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. 1997e(a), requires that, "no action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___✓___ No _____

If YES, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Green Haven Corr. Fac.

_____

If NO, why not?  _N/A_ _____

_____

_____

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _I Filed grievances on the matters and Appealed and received decisions from C.O.R.C. in Albany. I Also Appealed the False Misbehavior report And was denied As well as Filed for reconsideration And was again denied relief._

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

Relief:

State what you want the court to do for you. _1) Damages in the Amount of One hundred thousand Dollars for Defendants EAch._

_____2) Expunge said charges From my records._

_____3) Arrest and Charge all officers involved in the Gang Assault of my person._

_____4) Restore me to All priveledges I had prior to said False report._

_____5) Put me down As completing A.R.T. like prior to this And back on the earned housing list (In Front)._

Previous Lawsuits :

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? Yes _____ No _✓_

If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.

Parties to this previous lawsuit:

Plaintiff ___N/A_____

Defendants ___N/A_____

Court (if federal court, name the district; if state court, name the county) __N/A____

_____

Docket or Index number: ____N/A_____

Name of Judge assigned to your case: _____N/A_____

Approximate date of filing lawsuit: ____N/A_____

Is the case still pending? Yes ____ No _N/A_

    If NO, give the approximate date of disposition: _____N/A_____

What was the result of the case? (for example: Was the case dismissed? Was there judgment in
    your favor? Was the case appealed?) ____N/A_____

_____

_____

Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____ No ✓

If your answer to C is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there
    is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the
    same format.)

Parties to this previous lawsuit:

Plaintiff _____N/A_____

Defendants _____N/A_____

Court (if federal court, name the district; if state court, name the county) __N/A____

_____

Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance proce dure? Yes _____ No _____ Do Not Know _N/A_

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? Yes _____ No _____ Do Not Know _N/A_

If Yes , which claim(s)? _____ N/A _____

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose <u>not</u> cover some of your claims? Yes _____ No _____ Do Not Know _N/A_

If Yes, Which claim(s)? _____ N/A _____

Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose? Yes _____ No _N/A_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? Yes _____ No _N/A_

If you did file a grievance about the events described in this complaint, where did you file the griev- ance? _____ N/A _____

Which claim(s) in this complaint did you grieve? _N/A_ _____

_____

What was the result, if any? _N/A_ _____

_____

What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _N/A_ _____

_____

_____

_____

_____

_____

If you did file a grievance, did you inform any officials of your claim(s)? Yes _____ No _N/A_

If YES, whom did you inform and when did you inform them? _N/A_ _____

_____

Approximate date of filing lawsuit: _____ N/r _____

Is the case still pending? Yes _____ No N/a

    If NO, give the approximate date of disposition: _____

What was the result of the case? (for example: Was the case dismissed? Was there judgment in
    your favor? Was the case appealed?) _____ N/A _____

_____

Signed this 26 day of July, 20 21. I declare under penalty of perjury that the foregoing is
true and correct.

                Signature of Plaintiff: _John Hibbott_____

                Inmate Number: _08A0598_____

                Mailing Address: _Green Haven Corr. Fac.____

                                594 Route 216_____

                                Stormville, N.Y. 12582___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury on this 26 day of July, 20 21, I will deliver this complaint
to prison authorities to be mailed to the Pro SE Office of the United States District Court for the South-
ern District of New York.

                Signature of Plaintiff: _John Hibbott_____



John Hamlett #0840598
Green Haven Corr. Fac.
594 Route 216
Stormville, N.Y. 12582

Use free Legal mail First.

NEOPOST
08/03/2021
US POSTAGE $000.85⁰
ZIP 12582

UNITED STATES
POSTAL SERVICE®
USPS TRACKING #

9114 9023 0722 4899 8434 45

USM'P3
SDNY

Pro Se Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United
States Courthouse
500 Pearl Street, Room 230
New York, New York 10007

Legal Mail

