UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HAMLETT,

                  Plaintiff,

      v.

TAJ K. EVERLY, C.O.; CHRISTOPHER J. DILLON, C.O.;
GARY J. PERROTTA, JR.; ANTONIO M. ALBAN, C.O.;
THOMAS A. GERMANO, JR., C.O.; RICHARD T.
FLANAGAN; MICHEL BLOTT, JR.; MICHAEL D. FUNK,
SGT.; DONALD VENETTOZZI; MARILYN KOPP; D.
HEITZ; EDWIN UZU; AND MR. JOHANAMANN,

                  Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.
21-cv-6663-NSR-AEK

      **PLEASE TAKE NOTICE**, that Ryan B. Cross, Esq. of Bond, Schoeneck & King, hereby appears as counsel for Plaintiff John Hamlett in the above-captioned matter.

Dated: August 12, 2024

BOND, SCHOENECK & KING, PLLC

By: s/ Ryan B. Cross
     Ryan B. Cross, Esq.
*Attorneys for Plaintiff*
*John Hamlett*
22 Corporate Woods Blvd., Suite 501
Albany, New York 12211-2503
Telephone: (518) 533-3000
Email: rcross@bsk.com