**MEMO ENDORSED**





12/11/2024

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

December 10, 2024

Honorable Nelson S. Roman  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Jan. 29, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned until May 29, 2025 at 10:00 am. Dial-in instructions shall follow. Clerk of Court is requested to terminate the motion at ECF No. 75.     Dated: White Plains, NY**
**                                                                December 11, 2024**

Re:   *John Hamlett v. C.O. Taj K. Everly, et. al., 21-CV-6663 (NSR)*

Dear Judge Roman:

    This action is a 42 U.S.C. § 1983 brought by incarcerated represented Plaintiff John Hamlett. I am the attorney assigned to this matter on behalf of the Defendants Everly, Dillon, Perrotta, Alban, T. Germano, Flanagan, and Kopp[1], ("Defendants") by their attorney, Letitia James, New York State Attorney General.

    I am submitting this joint letter with consent from opposing counsel to request an adjournment of the conference presently scheduled with Your Honor on January 29, 2025.

    Presently, Plaintiff's counsel and I are engaged in discovery. Most recently, we appeared for a conference with Judge Krause on December 10, 2024, and discovery deadlines were reset. Specifically, responses to interrogatories and requests for productions of documents are due January 31, 2025. All depositions are to be completed by March 31, 2025. Expert disclosures are to be completed by April 4, 2025, and Expert depositions are to be completed by April 15, 2025. Discovery is to be concluded by April 30, 2025. The next conference with Judge Krause is scheduled for February 14, 2025, to ensure discovery is moving forward.

    Accordingly, the parties are requesting the post-discovery conference be adjourned from January 29, 2025, to May 9, 2025, or another date the Court prefers, to allow time for the completion of all discovery.

---

[1] The remaining originally named defendants were dismissed after motion practice, per the Court's opinion and order dated April 30, 2024. (*see* ECF #56).

Respectfully submitted,

*Robert Feliu*

Robert C. Feliu
Assistant Attorney General
New York State Attorney General's Office
44 South Broadway, 5th Floor,
White Plains, NY, 10601
914-422-8768