UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HAMLETT,

                    Plaintiff,

v.

TAJ K. EVERLY, C.O.; CHRISTOPHER J. DILLON, C.O.;
GARY J. PERROTTA, JR.; ANTONIO M. ALBAN, C.O.;
THOMAS A. GERMANO, JR., C.O.; RICHARD T.
FLANAGAN; MICHEL BLOTT, JR.; MICHAEL D.
FUNK, SGT.; DONALD VENETTOZZI; MARILYN
KOPP; D. HEITZ; EDWIN UZU; AND MR.
JOHANAMANN,

                    Defendants.

**NOTICE OF ATTORNEY WITHDRAWAL**

Civil Action No.
21-cv-6663 (NSR)

      Bond, Schoeneck & King, PLLC respectfully moves to withdraw the appearance of Ryan B. Cross as one of the attorneys of record for Plaintiff JOHN HAMLETT, in the above-captioned proceeding. Plaintiff continues to be represented by Dawn M. Wilson, Michaela J. Mancini, and Christopher Cruz Sierra, of Bond Schoeneck & King as counsel in this matter.

Dated: September 24, 2025

                                                  BOND, SCHOENECK & KING, PLLC

                                                  By *Dawn M. Wilson*
                                                     Dawn M. Wilson, Esq.
                                                     Michaela J. Mancini Esq.
                                                     Christopher Cruz Sierra, Esq.
                                         600 Third Avenue, 22nd Floor
                                         New York, New York 10016
                                         Email: dwilson@bsk.com
                                         Telephone: (646) 253-2336

SO ORDERED:

*Andrew Krause*   9/25/2025

Hon. Andrew E. Krause, U.S. Magistrate Judge

22334617.v1-9/24/25