**MEMO ENDORSED**





10/06/2025

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 1, 2025

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> In light of the extension of the discovery deadlines, the parties' request to adjourn the Oct. 9, 2025 Status Teleconf. is GRANTED. The Status Teleconf is adjourned to April 17, 2026 at 10:00 am. Counsel are directed to ECF No. 92 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 103.   Dated: October 6, 2025
> White Plains, NY
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:  *John Hamlett v. C.O. Taj K. Everly, et. al., 21-CV-6663 (NSR)*

Dear Judge Roman:

    This action is a 42 U.S.C. § 1983 brought by incarcerated represented Plaintiff John Hamlett. I am the attorney assigned to this matter on behalf of the Defendants Everly, Dillon, Perrotta, Alban, T. Germano, Flanagan, and Kopp[1], ("Defendants") by their attorney, Letitia James, New York State Attorney General.

    I am submitting this joint letter with consent from opposing counsel to request an adjournment of the conference presently scheduled with Your Honor on October 9, 2025. (ECF #92).

    Since the last request to move the conference date, discovery has been ongoing. Defendants have turned over one thousand seven hundred (1,700) pages of records in total, and the parties have completed the eight (8) fact witness depositions in this case.

    However, on September 15, 2025, Defendants submitted a joint request to extend the discovery deadline to allow for time to complete expert discovery. The Defendants submitted a joint letter to Judge Krause with a proposed expert discovery schedule as follows: (ECF #99)

---

[1] The remaining originally named defendants were dismissed after motion practice, per the Court's opinion and order dated April 30, 2024. (*see* ECF #56).

1. Initial Expert disclosures and reports are due by December 22, 2025.
2. Rebuttal Expert disclosures and reports are due by February 9, 2026.
3. Expert depositions are to be completed by March 13, 2026.
4. ALL discovery to be completed by March 13, 2026.

On September 15, 2025, Judge Krause granted the proposed expert discovery schedule. (ECF #100).

Accordingly, the Defendants submit this joint request to adjourn the post-discovery conference from October 9, 2025, to March 27, 2025, or another date the Court prefers, to allow time for the completion of all discovery.

Respectfully submitted,

*Robert Feliu*

Robert C. Feliu
Assistant Attorney General
New York State Attorney General's Office
44 South Broadway, 5th Floor,
White Plains, NY, 10601
914-422-8768