UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN HAMLETT,

                Plaintiff,                        **ORDER**

      -against-                       21 Civ. 6663 (NSR) (AEK)

C.O. TAJ K. EVERLY, *et al.*,

                Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has reviewed the September 30, 2025 letter filed by Mr. Hamlett.  *See* ECF No. 108.  Ordinarily, when parties are represented by counsel, the Court expects to receive communications from counsel, not the parties themselves.  In this case, Mr. Hamlett's counsel has provided regular updates to the Court regarding the progress of discovery.  Accordingly, in response to the letter, Mr. Hamlett's counsel is directed to consult with Mr. Hamlett and submit a letter to the Court **by no later than November 14, 2025**, to report any outstanding discovery issues that need to be addressed.

      Mr. Hamlett's counsel is directed to mail a copy of this Order to Mr. Hamlett and file proof of mailing on the docket.

Dated: October 22, 2025
       White Plains, New York

                                   **SO ORDERED.**

                                 ANDREW E. KRAUSE
                                 United States Magistrate Judge