UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN HAMLETT,

                        Plaintiff,                          **ORDER**

        -against-                                           21 Civ. 6663 (NSR) (AEK)

C.O. TAJ K. EVERLY, *et al.,*

                        Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court is in receipt of Plaintiff's counsel's letter filed on January 9, 2026, in which counsel seeks "retroactive appointment" as *pro bono* counsel so that counsel "may be eligible to seek preauthorization for funds to retain a rebuttal expert witness." ECF No. 114.

On July 3, 2024, the Honorable Nelson S. Román, the District Judge to whom this matter is assigned, issued an Opinion & Order granting Plaintiff's request for the appointment of *pro bono* counsel. ECF No. 65. Shortly thereafter, Plaintiff's counsel filed several "Notice[s] of Appearance of *Pro Bono* Counsel" on the docket. *See* ECF Nos. 66, 69, 71.[1] It has always been the Court's understanding that Plaintiff's counsel have been representing Plaintiff "at the request of a judge of this Court," *see* S.D.N.Y. Dkt. No. 16-mc-78, ECF No. 3 at 1, in accordance with the Opinion & Order granting the appointment of *pro bono* counsel, particularly because their appearance in this case so closely followed Judge Román's issuance of the July 3, 2024 Opinion & Order..

---

[1] The fact that the most recent notice of appearance filed by an attorney from the firm that has been representing Plaintiff since August 2024 was filed only as a "Notice of Appearance" rather than a "Notice of Appearance of *Pro Bono* Counsel," *see* ECF No. 98, does not change the conclusion set forth in this Order.

Accordingly, the Court hereby confirms that Plaintiff's counsel is, and always has been, serving as *pro bono* counsel in this action "at the request of a judge of this Court," and therefore may make applications for reimbursement from the *Pro Bono* Fund as authorized by the March 13, 2025 standing order regarding the creation and administration of that fund.

Dated:  January 15, 2026
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge