**BOND** SCHOENECK & KING

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/07/2026

600 Third Avenue, 22ⁿᵈ Floor | New York, NY 10016 | **bsk.com**
**PATRICK J. CALDARELLI, ESQ.**
pcaldarelli@bsk.com
P: (646) 253-2329

April 6, 2026

**VIA ELECTRONIC FILING**
Honorable Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

　　　　　**Re:**　**John Hamlett v. Taj K. Everly, et al.**
　　　　　　　　**Case No. 21-CV-6663 (NSR)**
　　　　　　　　**Request to Adjourn Post-Discovery Conference**

Dear Judge Roman:

　　　　We represent Plaintiff John Hamlett in the above-mentioned matter. I submit this joint letter with consent from Defendants' counsel to request an adjournment of the post-discovery conference presently scheduled for April 17, 2026 (ECF Doc. No. 104). Magistrate Judge Krause granted the parties' joint request to extend the expert discovery deadline until April 16, 2026, and directed the parties to request an adjournment of the April 17, 2026 conference with this Court (ECF Doc. No. 124). The deposition of Defendants' expert is currently scheduled for April 8, 2026.

　　　　Accordingly, Plaintiff submits this joint request to adjourn the post-discovery conference from April 17, 2026, to May 18, 2026, or another date the Court prefers, to allow time for the completion of all discovery.

*MEMO ENDORSED*

**In light of the extension of certain discovery deadlines, the parties' joint request to adjourn the April 17, 2026 status conference is GRANTED. The status conference is adjourned to May 20, 2026, at 10:00 a.m. The parties are directed to ECF No. 92 for dial-in instructions. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 125.**

**Dated:   April 7, 2026**
**　　　　White Plains, NY**

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

　　　_/s/ Patrick J. Caldarelli_____
Patrick J. Caldarelli, Esq.
*Attorneys for Plaintiff John Hamlett*
600 Third Avenue, 22ⁿᵈ Floor
New York, NY 10016-1915

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Attorneys At Law | A Professional Limited Liability Company