

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/05/2026

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

May 4, 2026

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:    *John Hamlett v. C.O. Taj K. Everly, et. al., 21-CV-6663 (NSR)***

Dear Judge Roman:

This action is a 42 U.S.C. § 1983 brought by incarcerated represented Plaintiff John Hamlett. I am the attorney assigned to this matter on behalf of the Defendants Everly, Dillon, Perrotta, Alban, T. Germano, Flanagan, and Kopp[1], ("Defendants") by their attorney, Letitia James, New York State Attorney General.

I am submitting this joint letter with consent from opposing counsel to request an adjournment of the conference presently scheduled with Your Honor on May 20, 2026. (ECF #126).

After the last request to move the conference date, Plaintiff deposed the Defendant's expert witness on April 8, 2026. Plaintiff's counsel served post deposition demands on April 13, 2026, and Defendants responded on April 14, 2026. Currently, expert discovery is complete. (ECF #127).

The parties are scheduled to appear for a settlement conference with Judge Krause on May 28, 2026, at 9:30am. (ECF #128).

*See* **Pg. 2**

[1] The remaining originally named defendants were dismissed after motion practice, per the Court's opinion and order dated April 30, 2024. (*see* ECF #56).

MEMO ENDORSED

Accordingly, the Defendants submit this joint request to adjourn the post-discovery conference from May 20, 2026, to June 17, 2026, or another date the Court prefers, to allow time for the completion of the settlement conference.

Separately, Defense counsel intends to move for partial summary judgment in this matter. Defense counsel would request their time to serve a letter motion outlining their arguments be postponed until after the settlement conference is completed.

Respectfully submitted,

*Robert Feliu*

Robert C. Feliu
Assistant Attorney General
New York State Attorney General's Office
44 South Broadway, 5th Floor,
White Plains, NY, 10601
914-422-8768

**In light of (1) the scheduled settlement conference and (2) Defendants' anticipated motion for partial summary judgment, the Court adjourns the May 20, 2026 status conference. The parties are directed to file a joint status letter by June 4, 2026, informing the Court whether a settlement has been reached. In the event the parties are unable to reach a settlement, the Court will set a briefing schedule. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 129.**

**Dated: May 5, 2026**
**White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge